**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| WESLEY BRENNAN, | No. 9 EAP 2015 |
| Appellant | Appeal from the Order of Commonwealth Court entered on January 22, 2015 at No. 619 M.D. 2014. |
| v. | |
| DEPARTMENT OF CORRECTIONS, | |
| Appellee | |

**ORDER**

**PER CURIAM**

    **AND NOW,** this 21st day of December, 2015, the order of the Commonwealth Court is **AFFIRMED**.